U.S. DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

JESSICA GARCIA

    Plaintiff,

-vs-                                  CASE NO.:  9:17-CV-81199-BB

UNITED RECOVERY SOLUTIONS,
INC.

    Defendant.
_____/

**MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPOENAS
PRIOR TO RULE 26(F) CASE MANAGEMENT CONFERENCE**

    COMES NOW, the Plaintiff, JESSICA GARCIA, by and through his undersigned counsel, pursuant to Federal Rule of Civil Procedure 26(d) and moves this Honorable Court for permission to serve a third-party subpoenas attached hereto as Exhibits "A" and "B", prior to a Rule 26(f) initial Case Management Conference and for cause therefore would show the following:

    1.    Fed. R. Civ. P. 26(d)(1) provides that "[a] party may not seek discovery from any source before the parties have conferred as required by Rule 16(f), except in a proceeding exempted from initial disclosures under Rule 26(a)(1)(B), or when authorized by these rules, by stipulation or by Court Order.

    2.    Rule 26(d) has been interpreted to apply its requirements to subpoenas issued to non-parties.

3. Plaintiff seeks to subpoena the Plaintiff's cellular telephone records from MetroPCS and Boost Mobile, and this information is only available to the Plaintiff pursuant to a subpoena.

4. The detailed cellular telephone records from MetroPCS and Boost Mobile are necessary so that Plaintiff and Defendant may determine the precise number of telephone calls that Plaintiff received from Defendant during the time period alleged in the Complaint. As such, good cause exists for the granting of the instant motion.

5. On November 28, 2017, an Order regarding Clerk's Default was entered against the Defendant in this case [Doc. 11]. Said Order further directs Plaintiff to file a Motion for Final Default Judgment.

6. The detailed phone records from Metro PCS and Boost Mobile are necessary to Plaintiff so that Plaintiff may accurately document the precise number of illegal robo calls she received from Defendant, UNITED RECOVERY SOLUTIONS, INC., during the time period of January 2017 through present, as alleged in her Complaint to complete her Motion for Final Default Judgment.

7. The records being subpoenaed are usually kept electronically and normally provided through electronic mail ("email") and an email address has been provided.

8. This Motion is being filed in good faith and not for purposes of delay.

WHEREFORE, the undersigned respectfully requests this Honorable Court to enter an Order granting this Motion to Serve Third Party Subpoenas Prior to Rule 26(f) Case Management Conference.

Dated:  December 6, 2017.

>/s/Frank H. Kerney, III, Esquire
>Frank H. Kerney, III, Esquire
>Florida Bar #: 88672
>Morgan & Morgan, Tampa, P.A.
>One Tampa City Center
>201 North Franklin Street, 7th Floor
>Tampa, FL 33602
>Telephone: (813) 223-5505
>Facsimile:  (813) 223-5402
>fkerney@forthepeople.com
>jkneeland@forthepeople.com
>mbradford@forthepeople.com
>Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and served to the following parties via US mail: UNITED RECOVERY SOLUTIONS, INC., 11603 Shelbyville Road, Suite 2, Louisville, KY 40243.

>/s/Frank H. Kerney, III, Esquire
>Frank H. Kerney, III, Esquire
>Florida Bar #: 88672
>Morgan & Morgan, Tampa, P.A.